EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 5 2002

at ___ o'clock and ___ min ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 02-00393 |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| BRANDON SWEET, ) | [21 U.S.C. §§ 841(a)(1) 841(b)(1)(C)] |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about September 12, 2002, in the District of Hawaii, BRANDON SWEET knowingly and intentionally possessed with the intent to distribute a quantity of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

DATED: ___9/25/02___, at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney