PROB 34
(1/92)

**ORIGINAL**  Report and Order Terminating Probation/
Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 02 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.

BRANDON SWEET

Criminal No. 02-00393HG-01

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on 10/5/2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
CARTER A. LEE
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 1st day of November, 2007.

_____
HELEN GILLMOR
Chief U.S. District Judge